JS-6

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Liza Cristol-Deman (SBN 190516)
  lcristoldeman@brancart.com
P.O. Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC.** and **BARBARA JOHNSON** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ORANGE PLAZA APARTMENTS, LLC, etc., et al.,** <br><br> **Defendants.** | Case No. SACV12- 1350 BRO(RNBx) <br><br> **CONSENT DECREE AND FINAL ORDER** |

This action was brought by plaintiffs alleging that defendants violated the Fair Housing Act, 42 U.S.C. section 3601 *et seq.* and related state laws by discriminating against African Americans the basis of race in connection with the ownership and operation of the Orange Plaza Apartments in Orange, California.  Defendants denied all allegations.

Plaintiffs and defendants have agreed that in order to avoid further litigation, the controversy should be resolved without trial or adjudication on the merits, and therefore have consented to the entry of this decree and order.  By entering into this consent decree and order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

It is hereby ordered, adjudged, and decreed that:

## MONETARY TERMS

1. Defendants shall make a monetary payment in the amount of $60,000 to plaintiffs in the form of checks made payable to the Attorney-Client Trust Account of Brancart & Brancart. The monetary payment to be made by defendants is inclusive of all claims for damages and attorneys' fees and costs to be paid to plaintiffs. This payment shall be made in full and delivered to plaintiffs' counsel no later than October 25, 2013.

### RELEASE TERMS

2. Plaintiffs and defendants shall execute mutual waivers and releases indicating that this order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. Those mutual waivers and releases shall include a waiver of all known and unknown claims under California Civil Code section 1542. Other than the payment referenced in paragraph 1, above, each side will bear its own attorneys' fees and costs.

3. The mutual waivers and releases referenced in paragraph 2, above, shall also include a release of all claims against DFT Incorporated, doing business as Cannon Management, based on the incidents and events that were alleged in the complaint filed in this lawsuit.

### EQUITABLE TERMS

4. Defendants, its members, officers, employees, and agents shall comply with the following terms at the Orange Plaza Apartments:

    a. Abide by all state and federal fair housing laws;

    b. Post a copy of the HUD pamphlet entitled "Are you the victim of housing discrimination?"(HUD official form 903.1, available free of charge by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov) or the DFEH pamphlet entitled "Fair Housing: You are Protected Under California Law" (DFEH form 157H; available free of charge at DFEH's website, www.dfeh.ca.gov) in a conspicuous location at the Orange Plaza Apartments;

    c. When placing vacancy listings or advertisements on Craigslist.org, or in newspapers, flyers, or in any other location or publication regarding the Orange Plaza Apartments, defendants shall include a fair housing endorsement such as, "We're a Fair Housing

Provider," or words to that effect;

    d.  Display a fair housing poster (HUD official form 928) in a conspicuous location in a common area at the Orange Plaza Apartments, such as the rental office, mail area, or laundry room;

    e.  Defendants shall attend and pay for attending a fair housing training once per year for two years conducted by the Fair Housing Council of Orange County and attended by all owners, managers, assistant managers, leasing agents, and all other agents at defendants' rental properties in Orange County who have contact with tenants or prospective tenants.

## **DURATION AND ENFORCEMENT**

5.  This order shall be in effect for a period of two years from the date of entry and the court shall retain jurisdiction for the purposes of enforcement.  This order will terminate at the end of the two-year period.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. The parties shall attempt in good faith to work out any disputes that arise under the terms of this order. Only after good faith attempts have been exhausted will the parties request the assistance of the court in resolving such disputes.

Ordered this 8th day of October, 2013.

Honorable Beverly Reid O'Connell
United States District Judge

APPROVED AS TO CONTENT AND FORM:

*I hereby attest that all signatories whose names and conformed signatures (/s/)appear below have consented in writing to this e-filed document.*

/s/ Liza Cristol-Deman         October 4, 2013
Liza Cristol-Deman              Dated
BRANCART & BRANCART
Attorneys for Plaintiffs

/s/ Thomas Cummings            October 4, 2013
Thomas Cummings                 Dated
CUMMINGS MYER
Attorneys for Defendants